# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**LEROY DONALD NESBIT**                                                         **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO.: 2:09CV156-P-S**

**WEST BOLIVAR SCHOOL DISTRICT,**
**HENRY PHILLIPS, JR. and MANIKA KEMP,**
**in their Individual Capacities**                                              **DEFENDANTS**

## L.U.CIV.R. 16(B)(3)(C) ORDER

The Court being advised that Defendant Henry Phillips, Jr. has filed a motion to dismiss that raises qualified immunity defenses finds, pursuant to L.U.Civ.R. 16(b)(3)(B) and 16(b)(3)(C), that the attorney conference pursuant to Fed.R.Civ.P. 26(f) and L.U.Civ.R. 26(e), disclosure requirements pursuant to Fed.R.Civ.P. 26(a)(1) and L.U.Civ.P. 26(a)(1), and all discovery not related to the immunity defenses shall be stayed pending the Court's ruling on the motion to dismiss.

IT IS, THEREFORE, ORDERED that the attorney conference pursuant to Fed.R.Civ.P. 26(f) and L.U.Civ.R. 26(e), disclosure requirements pursuant to Fed.R.Civ.P. 26(a)(1) and L.U.Civ.P. 26(a)(1), and all discovery not related to the immunity defenses raised by Defendant's motion to dismiss are hereby stayed pending the Court's ruling on the motion to dismiss;

IT IS FURTHER ORDERED that Plaintiff shall promptly notify the undersigned magistrate judge of a decision on the immunity defense motion and shall submit a proposed order lifting the stay.

SO ORDERED, this the 9th day of September 2010.

/s/David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**