**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**LEROY DONALD NESBIT**                                                              **PLAINTIFF**

**VS.**                         **NO. 2:09CV156-WAP-DAS**

**WEST BOLIVAR SCHOOL DISTRICT, ET AL.,**                 **DEFENDANTS**

## ORDER STAYING CASE

Before the court is the defendants' Motion to Stay (# 94) all proceedings pending Defendant Dr. Manika Kemp's interlocutory appeal from this court's Order (# 88) denying her motion to dismiss. The court finds the motion is well-taken, and it is hereby GRANTED. Accordingly, all proceedings are hereby STAYED, pending the resolution of Dr. Kemp's interlocutory appeal before the Fifth Circuit. The defendants shall promptly notify the court of the resolution of the appeal.

SO ORDERED this the 26th day of April, 2011.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE